IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CEDRIC GREENE and VALERIE STEPHEN** — **PLAINTIFFS**

**v.** **No. 3:26-cv-177-DPM**

**UNITED STATES POSTAL SERVICE** — **DEFENDANT**

# JUDGMENT

The complaint is dismissed without prejudice.

D.P. Marshall Jr.
United States District Judge

2 November 2026